

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00777-CR

The **STATE** of Texas,
Appellant

v.

Rahilda **SLACK,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 601338
Yolanda T. Huff, Judge Presiding

# O R D E R

In its notice of appeal, the State has requested a stay pursuant to article 44.01(e) of the Texas Code of Criminal Procedure. The request is GRANTED, and all proceedings in the underlying cause are STAYED pending final disposition of this appeal. TEX. CODE CRIM. PROC. art. 44.01(e).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court